1 | Frederick S. Berretta (SBN 144,757)
Fred.Berretta@kmob.com
2 | Boris Zelkind (SBN 214,014)
Boris.Zelkind@kmob.com
3 | KNOBBE, MARTENS, OLSON & BEAR LLP
550 West C Street, Suite 1200
4 | San Diego, CA 92101
Telephone: (619) 235-8550
5 | Facsimile: 619-235-0176 (fax)

6 | Attorneys for Plaintiff/Counter-defendant
TURN-KEY-TECH, LLC

7

FILED

2006 NOV 21  PM 3: 02

CLERK US DIS . . . . . COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10

11

12 | Turn-Key-Tech, LLC,                     Case No.  01CV2157 B (LSP)

13 |                      Plaintiff,          **JOINT STIPULATION FOR DISMISSAL
WITH PREJUDICE AND !**
14 |           v.                            **ORDER**

15 | Toyota Motor Co., *et al.*,              Honorable Rudi M. Brewster

16 |                      Defendants.

17 | AND COUNTERCLAIMS

18 |         IT IS HEREBY STIPULATED, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), by and

19 | between plaintiff/counterclaim defendant Turn-Key-Tech, LLC ("Turn-Key"), and intervenor

20 | defendants/counterclaim plaintiffs Stanley Electric Co., Ltd., Stanley Electric U.S. Co., Inc.,

21 | and II Stanley Co., Inc. (collectively, "Stanley"), and defendants Toyota Motor Co. and

22 | Toyota Motor Sales, USA, Inc. (collectively, "Toyota"), that:

23 |         (1)     all claims and counterclaims between Turn-Key and Stanley shall be dismissed

24 |                 with prejudice;

25 |         (2)     all of Turn-Key's pending claims against Toyota with respect to Toyota's

26 |                 products made by Stanley shall be dismissed with prejudice; and

27 |         (3)     all of Toyota's pending claims based upon Toyota's products made by Stanley

28 |                 shall be dismissed with prejudice.

-1-

1    With respect to these dismissed claims, each party shall bear its own costs and

2  attorneys' fees.

3    This stipulated dismissal addresses all remaining claims and counterclaims in this

4  matter. Accordingly, Turn-Key, Stanley, and Toyota hereby request that the Court enter an

5  order dismissing the remaining claims and counterclaims of this action in accordance with the

6  terms of the stipulation set forth above, thereby dismissing this action in its entirety.

7                                         Respectfully Submitted,

8
   Dated: November 15, 2006        By: /s/ Hubert Kim_____
9                                       Claudette G. Wilson (110076)
                                        Meryl C. Maneker (188342)
10                                      Hubert Kim (204957)
                                        WILSON PETTY KOSMO & TURNER LLP
11                                      550 West C Street, Suite 1050
                                        San Diego, CA 92101
12                                      Tel: 619.236.9600
                                        Fax: 619.236.9669
13

14                                      Attorneys for Stanley Electric Co., Ltd. Stanley
                                        Electric U.S. Co., and II Stanley Co., Inc.
15

16  Dated: November 15, 2006        By: /s/ Gerald P. Schneewis_____
                                        Gerald P. Schneeweis (101331)
17                                      MORRIS, POLICH & PURDY, LLP
18                                      501 West Broadway, Suite 500
                                        San Diego, CA 92101-3544
19                                      Tel: 619-557-0404
                                        Fax: 619-557-0460
20

21                                      Attorneys for Toyota Motor Co. and Toyota Motor
                                        Sales, U.S.A., Inc.
22

23  Dated: November 15, 2006        By: /s/ Boris Zelkind_____
                                        Boris Zelkind (214014)
24                                      KNOBBE MARTENS OLSON & BEAR LLP
                                        550 West C Street
25                                      Suite 1200
                                        San Diego, CA 92101
26                                      Tel: 619-235-8550
                                        Fax: 619-235-0176
27

28                                      Attorney for Turn-Key-Tech LLC

                                        -2-

1   **IT IS SO ORDERED.**

2   Dated: November 15, 2006          By: _____

3                                          Honorable Rudi M. Brewster
                                          United States District Court Judge
4   3114837_2
    111506

5                                          01 cv 2157

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-